IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JESSICA O'YATES, on behalf of her minor child E.O, | CV 24-35-M-DLC-KLD |
| Plaintiff, | |
| vs. | ORDER |
| LAURA PLUID, REGAN LEWIS, FORTINE SCHOOL, FORTINE SCHOOL DISTRICT NO. 14 and JOHN DOES 1-10, | |
| Defendants. | |

Defendants have filed a Motion to Dismiss Plaintiff's Complaint (Doc. 13).

Accordingly, and good cause appearing,

IT IS ORDERED that the preliminary pretrial conference scheduled for June

27, 2024, and all associated deadlines, are VACATED pending a decision on the

Motion to Dismiss.

DATED this 8th day of May, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1