IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JESSICA O'YATES, on behalf of her minor child E.O, <br><br>Plaintiff, <br><br>vs. <br><br>LAURA PLUID, REGAN LEWIS, FORTINE SCHOOL, FORTINE SCHOOL DISTRICT NO. 14 and JOHN DOES 1-10, <br><br>Defendants. | CV 24-35-M-DLC-KLD <br><br>ORDER |

On May 7, 2024, Defendants Fortine School District No. 14, Fortine School, Regan Lewis, and Laura Pluid filed a motion to dismiss the Complaint for failure to state a claim for relief pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (Doc. 13). On May 24, 2024, Plaintiff Jessica O'Yates filed a Notice of Filing Amended Complaint, and attached her proposed Amended Complaint. (Docs. 22 and 22-1).

Pursuant to Rule 15(a)(1)(B), a plaintiff may file an amended pleading once as a matter of course within 21 days after service of a motion under Rule 12(b). Accordingly,

1

IT IS ORDERED that Plaintiff shall promptly file the Amended Complaint currently lodged with the Court as an attachment to her Notice. (Doc. 22-1). Defendants shall have 21 days after the Amended Complaint is filed to answer or otherwise respond to the Amended Complaint.

DATED this 5th day of June, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge