IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JESSICA O'YATES, on behalf of her minor child, E.O., | CV 24–35–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| LAURA PLUID, REGAN LEWIS, FORTINE SCHOOL DISTRICT NO. 14, and JOHN DOES 1-10, Defendants. | |

The Parties' Stipulated Motion to Dismiss (Doc. 54) is GRANTED.

Plaintiff's claims against Laura Pluid, Regan Lewis, and Fortine School District N. 14 are DISMISSED WITHOUT PREJUDICE, each party to bear its fees and costs.

The Clerk of Court is directed to close this case file.

DATED this 9th day of March, 2025.

Dana L. Christensen, District Judge
United States District Court